IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO.: CR206-03 |
| MICHAEL ALLEN HOLLAND | : |

IN RE:   LEAVE OF ABSENCE

Application for Leave of Absence has been requested by Steven G. Blackerby for the period of July 21, 2006, through and including July 28, 2006, in the captioned case.

The above and foregoing request for Leave of Absence is **APPROVED**; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial.

**SO ORDERED**, this 11th day of May, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)