# United States District Court
## *Southern District of Georgia*
Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | CASE NUMBER  CR 206-03 |
| | ) | |
| MICHAEL ALLEN HOLLAND | ) | |
| | ) | |

### O R D E R

The above captioned case having come on for jury trial the week of ___July 17, 2006___ _____ and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that the following evidence be returned to ___the___ ___Government___, for safekeeping and for production in the Court of Appeals, if necessary, upon return of a jury verdict.

G-2   Remington, model 742, .308 caliber rifle, S/N B7109030

**SO ORDERED**, this ___17th___ day of ___July___, 20___06.___

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

## RECEIPT FOR EXHIBITS

Received of the Clerk's Office  Government

exhibits numbered  2--Remington, model 742, .308 caliber rifle, S/N B7109030

in the case of  USA                         v.  Michael Allen Holland

Case Number  CR 206-03

This  17th  day of  July , 2006.

*[signature]* ATF
Attorney for Government