IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR 206-003 |
| | ) | |
| MICHAEL HOLLAND, | ) | |
| Defendant. | ) | |

# ORDER

The Court has received a motion seeking the release of Defendant **Michael Holland's** Presentence Investigation Report ("PSI") to the Clemency Project 2014. This motion was filed by **Caprice R. Jenerson**, who is appearing pro bono on behalf of Defendant. After careful consideration, the motion is **GRANTED** and the Bureau of Prisons ("BOP") is authorized to release Defendant's PSI to counsel representing Defendant as part of the Clemency Project 2014. Counsel shall fully comply with the BOP policy for releasing Presentence Reports to Clemency Project 2014 attorneys:

(1) use of the PSI shall be exclusively for counsel's representation of Defendant in connection with the Clemency Project 2014;

(2) disclosure of the PSI may occur only with the permission of Defendant and only to members of the Clemency Project 2014's screening and steering committees who have executed nondisclosure agreements, and to the Office of the Pardon Attorney as a required attachment to any petition for clemency;

(3) further disclosure of the PSI to any other individual is strictly forbidden;

(4) disclosure of the PSI to an inmate in the custody of the BOP is not permitted under any circumstances; and

(5) destruction of the PSI shall occur immediately following the conclusion of counsel's representation.

Any failure to strictly comply with these restrictions may subject counsel to discipline from this Court.

SO ORDERED, this __16th__ day of March, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| FOR COMPLETION BY ATTORNEY OF RECORD | Initials | Date |
|---|---|---|
| I will use the PSR/SOR exclusively for their representation of the inmate in connection with CP14. | CRJ | 8/14/15 |
| I will disclose the PSR/SOR, with the inmate's authorization, only to members of CP14's screening and steering committees who have executed nondisclosure agreements, and to the Office of the Pardon Attorney as a required attachment to any petition for clemency. | CRJ | 8/14/15 |
| I acknowledge no other disclosure of the PSR/SOR is permitted. | CRJ | 8/14/15 |
| I acknowledge that under no circumstances will copies of the PSR/SOR be provided to an inmate in custody of the BOP. | CRJ | 8/14/15 |
| I will destroy the PSR/SOR upon the conclusion of the representation. | CRJ | 8/14/15 |
| I have notified the sentencing court of this request for the PSR/SOR. | CRJ | 8/14/15 |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. | CRJ | 8/14/15 |
| Attorney Printed Name: | Caprice R. Jenerson |
|---|---|
| Attorney Signature: | Caprice R Jenerson |
| Date: | 8/14/2015 |
| Attorney Mailing Address: | P.O. Box 66686, Washington D.C. 20035 |
| Attorney E-Mail Address: | |
| Attorney Phone Number: | 202-872-8600 |

| FOR INMATE COMPLETION | Initials | Date |
|---|---|---|
| I authorize staff of the Federal Bureau of Prisons to release to the above attorney a copy of the PSR and SOR used in my criminal case. | MAH | 8-24-15 |
| I understand that I may revoke this consent in writing at any time except to the extent that disclosure has already been made based on that consent. | MAH | 8-24-15 |
| This consent is effective for twelve months from date of signature. | MAH | 8-24-15 |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000. | MAH | 8-24-15 |
| Inmate Printed Name: | Micheal Allen Holland |
|---|---|
| Inmate Register Number: | 12668-021 |
| Inmate Signature: | Michael Allen Holland |
| Date: | 8-24-15 |